UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-62178-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

A & B AUTO BODY & PAINTING, INC.,
a Florida Profit Corporation, ANAND
RAM, and JANKI RAM, Individuals

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The undersigned counsel hereby file this Notice of Settlement and give notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

*Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-62178-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

A & B AUTO BODY & PAINTING, INC.,
a Florida Profit Corporation, ANAND
RAM, and JANKI RAM, Individuals

      Defendant(s).
_____/

### **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 24, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff