# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-62178-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

A & B AUTO BODY & PAINTING, INC., a
Florida Profit Corporation, ANAND RAM,
and JANKI RAM, Individuals,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, A & B AUTO BODY & PAINTING, INC., ANAND RAM, and JANKI RAM (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Steven Wahlbrink*
Steven Wahlbrink, Esq.
Florida Bar No. 17496
John P. Seiler, Esq.
Florida Bar No. 776343
LAW OFFICES OF SEILER, SAUTTER, ZADEN, RIMES & WAHLBRINK
2850 North Andrews Avenue
Fort Lauderdale, FL 33311
Telephone: (954) 568 - 7000
Facsimile: (954) 568-2152
Email: swahlbrink@sszrlaw.com, jseiler@sszrlaw.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-62178-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

A & B AUTO BODY & PAINTING, INC., a
Florida Profit Corporation, ANAND RAM,
and JANKI RAM, Individuals

      Defendants.
_____/

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 27, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff