UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62178-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

Plaintiff,

v.

A&B AUTO BODY & PAINTING, INC., *et al*,

Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice (DE [35]) filed on June 27, 2023. The Court having reviewed the Stipulation and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees, except as indicated in the settlement agreement. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF